**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS GUZMAN,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN PRICE, Warden,<br><br>        Respondent. | Case No. CV 15-254-CAS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

1    Additionally, for the reasons stated in the Report and Recommendation, the Court finds
2 that Petitioner has not made a substantial showing of the denial of a constitutional right.[1] Thus,
3 the Court declines to issue a certificate of appealability.

4

5

6   DATED:  May 17, 2016              _____
                                        HONORABLE CHRISTINA A. SNYDER
7                                       UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).