# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS GUZMAN, | Case No. CV 15-254-CAS (LAL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN PRICE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 17, 2016

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE